IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:15-CV-26-D

| | |
|---|---|
| LES ANCIENS and its BOARD PRESIDENT, ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) AGRICULTURE, ) ) Defendant, ) | **ORDER** |

The court GRANTS plaintiff's motion to amend the incoherent pro se complaint. See [D.E. 22]. The court DENIES plaintiff's pro se motion for settlement [D.E. 7] and DENIES defendant's motion to dismiss [D.E. 10]. Counsel now represents plaintiff. Plaintiff's amended complaint is due no later than April 20, 2016. Defendant may respond to plaintiff's amended complaint in accordance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(3).

SO ORDERED. This **4** day of April 2016.

JAMES C. DEVER III
Chief United States District Judge