UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| LES ANCIENS D UNE EGLISE EN LES CHAMBRES COMPAGNIE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 2:15-CV-26-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss and for judgment on the pleadings [D.E. 39].

**This Judgment Filed and Entered on March 12, 2018, and Copies To:**

| | |
|---|---|
| Jennie C. M. Brown | (via CM/ECF electronic notification) |
| Jeremy Denton Adams | (via CM/ECF electronic notification) |
| Rudy E. Renfer | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

March 12, 2018　　　　　　　　　　　　(By) /s/ Nicole Briggeman

　　　　　　　　　　　　　　　　　　　　　Deputy Clerk